United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    DAISY OZIM,                              Case No. 20-cv-05465-SK

8            Plaintiff,

                                             **ORDER OF SUA SPONTE REFERRAL**
9        v.

10   CITY AND COUNTY OF SAN
     FRANCISCO, et al.,
11
             Defendants.
12

13       Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned

14   case is referred to Judge Phyllis J. Hamilton to determine whether it is related to *Ozim v. City and*

15   *County of San Francisco, et al.*, Case No. 20-cv-05353-PJH.

16       **IT IS SO ORDERED**.

17   Dated: August 18, 2020

18   _____
     SALLIE KIM
19   United States Magistrate Judge

20

21

22

23

24

25

26

27

28